# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 09-po-07002-KMT |
| MARCOS T. CAJAS | Pro Se (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts 3 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. § 4.21(c) | Speeding 73 in a posted 40 mph zone | On or about April 6, 2005 | 3 |

Counts 1, 2, and 4 are dismissed upon government motion. Fine is due by 7/22/09. No further conditions other than fine.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** $200 | None | $200.00 |

July 1, 2009
Date of Imposition of Judgment

s/ Michael E. Hegarty
Signature of Judicial Officer

Michael E. Hegarty, U.S. Magistrate Judge
Name & Title of Judicial Officer

July 29, 2009
Date